**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOHN TRYGVELIE BULLED,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:12-cv-294-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

        This cause came on for consideration without oral argument by the Court *sua sponte*. By order dated March 14, 2012, the Court required Plaintiff, who is representing himself, to submit three completed summons forms and three completed USM 285 forms to the Clerk of Court within thirty days from the date that order was mailed. Doc. No. 7. CMECF reflects that the order was mailed to Plaintiff on March 15, 2012. Plaintiff did not submit these forms within the time required by that order.

        By order dated April 24, 2012, the Court entered an order requiring Plaintiff to show cause in writing filed on or before May 1, 2012, why this case should not be dismissed due to violation of the order requiring filing of the summons and USM 285 forms and for failure of prosecution. Doc. No. 12. Neither the forms nor a response to the order to show cause was received by the Clerk of Court as of May 1, 2012, and none of these documents have been submitted as of the writing of this Report and Recommendation.

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court dismiss this case without prejudice for violation of a pretrial order and for failure of prosecution. *See* Fed. R. Civ. P. 16(f); Local Rule 3.10(a). I further recommend that the Court **DENY** all pending motions as moot and direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 2, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy