**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN TRYGVELIE BULLED,**

        **Plaintiff,**

-vs-                          **Case No. 6:12-cv-294-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on a recommendation from the United States Magistrate Judge that this case be dismissed without prejudice for violation of a pretrial order and for failure to prosecute.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 2, 2012 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**.

3. All pending motions are **DENIED as moot**.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge